■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN R. LANZARA, Appellant. [873 NYS2d 399]—Appeal from a

judgment of the Lewis County Court (Charles C. Merrell, J.), rendered January 12, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the second degree (Penal Law § 220.18 [1]), defendant contends that County Court erred in imposing a fine without conducting a hearing to determine his ability to pay. That contention is encompassed by defendant's valid waiver of the right to appeal (*see generally People v Hidalgo*, 91 NY2d 733, 737 [1998]; *People v Horton*, 256 AD2d 1105 [1998], *lv denied* 93 NY2d 972 [1999]). In any event, "appellate challenges to the procedures utilized in determining and imposing sentence are forfeited if they are not raised in a timely manner before the trial court" (*People v Callahan*, 80 NY2d 273, 281 [1992]), and here defendant forfeited that challenge by failing to raise it before the sentencing court. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.